WALTER G. TILBROOK, Appellant, *v.* UNITED STATES CASUALTY COMPANY, Respondent.

(Argued October 2, 1930; decided October 21, 1930.)

*Almet Reed Latson, Jr.,* and *William T. Condon* for appellant.

*Harold R. Medina, Harold R. Oakes, William F. McNulty* and *William Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.